JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21−cv−08841 DSF (JPRx) |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED IN HOUSTON, TEXAS, | |
| Defendant. | |

Plaintiff United States of America and titleholder Kevork Krikorean ("Krikorean") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

///

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C).

3. Notice of this action has been given as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. No parties have appeared in this case, and the time for filing claims and answers has expired. All potential claimants to the defendant Real Property located in Houston, Texas (the "defendant real property"), except for Krikorean, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. Krikorean is the titleholder of the defendant real property that has the following legal description:

> The following described Condominium Unit and Limited Common elements appurtenant thereto, together with an undivided interest in the General Common Elements located in and being a part of Hobby Airport Villas, a Condominium Project in Harris County, Texas, as fully described in and as located, delineated, and as defined in the Common Declaration together with the Survey Plat, By-Laws, and Exhibits attached thereto, recorded under Film Code 217259, of the Condominium Records of Harris County Texas.
>
> Condominium Unit Number 404, in Building 4, and the space encompassed by the boundaries thereof; and an undivided 1.1765 percent ownership interest in and to the General Common Elements of the Condominium Project, together with the limited common elements appurtenant thereto.
>
> Parcel ID/APN: 140-515-004-0004

5. Within 25 days of entry of this consent judgment of forfeiture, Krikorean shall pay the United States of America the sum of $151,654.25. Payment shall be made via electronic transfer payable to the United States Marshals Service designated account. The $151,654.25 represents the $150,000.00 Small Business Administration loan plus interest accrued that Krikorean received and paid towards the purchase of the defendant real property. The $151,654.25 shall be the substitute res for the defendant real property in this action and shall be condemned and forfeited to the United States of America, which shall have judgment as to the $151,654.25, and no other right, title or interest shall

exist therein. The United States of America shall dispose of the forfeited $151,654.25 in accordance with law.

6. Upon entry of the judgment, the government shall withdraw the lis pendens with respect to the defendant real property recorded in Harris County, Texas in order for Krikorean to refinance the defendant real property, and the refinance cash-out funds will be transferred to the U.S. Marshals Service directly from the loan provider to be applied to the $151,654.25 payment that will be forfeited pursuant to this Consent Judgment.

7. Should Krikorean fail to timely make the $151,654.25 payment pursuant to this consent judgment of forfeiture, a judgment of forfeiture shall be entered against the defendant real property, in favor of plaintiff, United States of America.

8. There was reasonable cause for the institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. Each of the parties shall bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: April 29, 2022

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

3